FILED
CLERK, U.S. DISTRICT COURT
NOV 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY CSI DEPUTY

Priority
Send ☒
Enter
Closed ☒
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR DAVID AYALA, | ) | NO. CV 05-8825-RGK (MAN) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| GARY MORGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: NOV 0 2 2007

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE